# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GERALD HARRIS, SR., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIV. A. NO.: 23-0107-MU |
| ) | |
| LM GENERAL INSURANCE ) | |
| COMPANY, *et al*., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In conjunction with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that Judgment is entered against Plaintiffs Gerald Harris, Sr. and Gerald Harris, II and in favor of Defendant LM General Insurance Company. It is further **ORDERED** that all of Plaintiffs Gerald Harris, Sr. and Gerald Harris, II's claims asserted against Defendant LM General Insurance Company in their Second Amended Complaint are **DISMISSED with prejudice** and all of Plaintiffs Gerald Harris, Sr. and Gerald Harris, II's claims asserted against Doe Defendants in their Second Amended Complaint are **DISMISSED without prejudice**.

DONE and ORDERED this **13th** day of **June, 2024**.

/s/ P. Bradley Murray
**UNITED STATES MAGISTRATE JUDGE**

1